IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KARLA MOLINA,

                Plaintiff,

v.                                                                  1:11-cv-2463-WSD

PLATINUM TITAN
ENTERPRISES OF GEORGIA,
INC., et al.,

                Defendants.

## ORDER

The parties have advised the Court that the above case has settled. The Court removes the case from its calendar and directs the Clerk to close the case administratively with the right of any party to reopen the case if the settlement is not concluded.

**SO ORDERED**, this 13th day of June, 2012.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE